IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-CR-110 |
| | ) | |
| LATARA JESTER, and | ) | (VARLAN/GUYTON) |
| WILLIE ROBERT GILBERT, JR., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendant Latara Jester's Motion to Continue Motions Deadline [Doc. 80] and Defendant Willie Gilbert't Motion to Adopt Defendant Jester's Motion to Continue Motions Deadline [Doc. 81], both of which were filed on January 21, 2011. Defense counsel for Defendant Jester asks the Court to extend the January 21, 2011 motion-filing deadline to February 3, 2011, to permit additional time for counsel to investigate the case, to review voluminous discovery, and to prepare any necessary motions and for trial. Counsel states that the Government does not object to the requested extension. Counsel for Defendant Gilbert asks to adopt Defendant Jester's motion, contending that the reasons stated therein also apply to him.

The Court finds that the Defendants have shown good cause to continue the motion-filing deadline. Defendant Jester's motion to continue [**Doc. 80**] and Defendant Gilbert's motion to adopt [**Doc. 81**] are **GRANTED**, and the motion-filing deadline is extended as to these two

Defendants to **February 3, 2011**. A corresponding extension of the Government's response deadline would have any responses being filed after the pretrial conference on **February 4, 2011, at 11:00 a.m.** Accordingly, the Court will extend only the motion deadline at this time, and if any motions are filed, the Court will set a new response deadline at the pretrial conference. All other dates and deadlines shall remain the same.

    **IT IS SO ORDERED.**

    ENTER:

    _s/ H. Bruce Guyton_
    United States Magistrate Judge